**DISMISS and Opinion Filed February 24, 2023**



In The

**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-00354-CV**
_____

**PAMELLA JOINER, Appellant**
**V.**
**THE WEITZMAN GROUP, INC., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-16489**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Before the Court is appellee's motion to dismiss the appeal for want of prosecution. After granting appellant numerous extensions, the Court, on January 11, 2023, ordered her to file a brief on or before January 30th and cautioned her that further extension requests would be disfavored. To date, appellant has not filed a brief, a response to appellee's motion, or otherwise communicated with the Court. In light of these circumstances, we grant appellee's motion and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220354F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PAMELLA JOINER, Appellant

No. 05-22-00354-CV     V.

THE WEITZMAN GROUP, INC.,
Appellee

On Appeal from the 68th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-16489.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Pedersen,
III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee THE WEITZMAN GROUP, INC. recover its costs of this appeal from appellant PAMELLA JOINER.

Judgment entered February 24, 2023